**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF. | ) | |
| | ) | |
| VS. | ) | NO.: 19-cr-40069-JPG |
| | ) | |
| JORGE LUIS LEAL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW counsel for defendant, STEPHEN C. WILLIAMS and JUSTIN KUEHN, and move this Court to allow them to withdraw as counsel for the defendant JORGE LEAL, and for the Court to appoint new counsel. In support thereof, Counsel state:

1. Counsel for Defendant have irreconcilable differences concerning counsel's handling of defendant's case that have damaged the attorney client relationship beyond repair.
2. Defendant has requested that counsel seek to withdraw from his case.
3. Counsel were retained by Defendant's family.
4. Defendant is indigent does not have sufficient funds to retain new counsel. Defendant was previously represented by the Federal Public Defender prior to current counsel being retained on the case.
5. Defendant is requesting that the Court appoint him new counsel pursuant to the CJA Act.

Wherefore, counsel for Defendant pray this Court GRANT this motion and allow withdraw Stephen Williams and Justin Kuehn as counsel of record in this case. Counsel further request that the Defendant be appointed new counsel.

s/STEPHEN C. WILLIAMS

**s/**JUSTIN KUEHN

Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL 62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
swilliams@kuehnlawfirm.com
Justin.Kuehn@kuehnLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed the Motion to Withdraw with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young P.C.
23 South 1st Street
Belleville, IL 62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com