# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JORGE LUIS LEAL,
*Defendant.*

Case Number: 19-CR-40069-JPG

## NOTICE OF APPEAL

At the direction of the Court, notice is hereby given that defendant, JORGE LUIS LEAL,, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action.

Dated: May 6, 2022

MONICA A. STUMP, Clerk of Court

By: */s/ Tina Gray*
Deputy Clerk