UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, Plaintiff | ) | |
| v. | ) | Case No. 3:19-CR-40069-JPG |
| Jorge Luis Leal, Defendant | ) | |

**DEFENDANT'S MOTION TO COMPEL FORMER COUNSEL**

Defendant Jorge Luis Leal, pro se, requests that this Honorable Court compel former counsel Stephen C. Williams to provide the Case File / Case Product retained by counsel for the respective case.

Leal requires such documentation of his case to adequately pursue a collateral attack under 28 U.S.C. § 2255. Leal has attempted contact with former counsel via U.S. Mail on multiple occasions over the last approximate six months and has received no response whatsoever.

Therefore, Leal asks this Honorable Court to compel former counsel Stephen C. Williams to provide Leal's Case File via U.S. Mail to his current address of incarceration, including any and all case documents which are permissible to provide to him. Leal additionally requests that the Honorable Court compel former counsel to provide notice to the Court when they have mailed such documents to Leal.

Respectfully submitted,

/s/ Jorge Leal
On this day of: 05/06/2024

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

MEMPHIS TN 380
9 MAY 2024 PM 4 L




MAIL CLEARED
US MARSHALS

Clerk of the Court
United States Courthouse
301 West Main Street, 1st Floor
Benton, IL 62812

62812-136201

RECEIVED
MAY 16 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE