IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ) | |
| v. | ) | Case No. 4:19-cr-40069-JPG |
| JORGE LUIS LEAL, DEFENDANT | ) | |

Memorandum and Request for Leave to File
Response to Order to Show Cause

Jorge Luis Leal, pro se, requests leave from this Honorable Court to file his response to the Court's Order to Show Cause at Doc. 161.

Leal was ordered to file his response by July 2, 2024. On June 27, 2024, Leal put a response in the mail. However, the response was accidentally mailed to the Seventh Circuit Court of Appeals instead of this Honorable Court. The Seventh Circuit received the document on July 1, 2024, and sent the document back to Leal. Leal became aware of his mailing error on July 6, 2024 when he received a letter from the Seventh Circuit. Leal now seeks to correct this error by filing with the proper court, and apologizes for his mistake. Leal submits the documents received by the Seventh Circuit for consideration by this Court as to Leal's mailing error.

DECLARATION

I, Jorge Luis Leal, declare under penalty of perjury, that the facts stated above are true and the documents included are authentic.

## CERTIFICATE OF SERVICE

I, Jorge Luis Leal, certify under penalty of perjury, that the enclosed Memorandum and Request and related attachments was serviced upon this court via U.S. Mail, first class postage pre-paid, by depositing the document into FCI Forrest City Low's Mailroom on this 9th day of July, 2024.

Respectfully submitted,

/s/ Jorge Leal
On this day of: 07/09/2024

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

S SUBURBAN IL 604
1 JUL 2024 PM 1 L

OFFICE OF THE CLERK
United States Court of Appeals
For the Seventh Circuit
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604-1874

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 60604 $ 000.64⁰
02 7W
0008034096 JUL. 01. 2024

Jorge L. Leal
#14448-025
FEDERAL CORRECTIONAL INSTITUTION (LOW)
P.O. Box 9000
Forrest City, AR 72336-9000

72336-900000

United States Court of Appeals
For the Seventh Circuit
Office of the Clerk
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604
312-435-5850

July 1, 2024

Dear Sir or Madam,

These documents are being returned to you unfiled. The Court has issued the mandate and your motion to recall the mandate was DENIED, therefore, we cannot accept any filings for this case. Please review the Federal Rules of Appellate Procedure and Circuit Rules for additional questions.

Sincerely,

Pro Se Clerk #1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

U.S.C.A. – 7th Circuit
RECEIVED
JUL 01 2024 4

UNITED STATES OF AMERICA,
PLAINTIFF

v. Case No. 4:19-cr-40069-JPG

JORGE LUIS LEAL,
DEFENDANT

RESPONSE TO ORDER TO SHOW CAUSE

Jorge Luis Leal, pro se, comes before the Honorable Court to show cause (see Doc. 161) for his motion to compel (see Doc. 160).

Leal has, unfortunately, not yet received the documents sent by Mr. Williams on April 3, 2024. Leal agrees with the Court that there can often be delays in the prison mail system; many of these delays being hard to pinpoint or estimate. Some of these delays even seem to amount in loss or receipt many months later.

Leal expresses great gratitude for the cooperation of former counsel Mr. Williams. Leal additionally expresses gratitude for the Court giving attention to this matter. Leal requests that Mr. Williams (with assistance of the Court / Court Clerk if necessary) service the documents again with some form of tracking to ensure and allow further evidence of delivery of the documents. If necessary, Leal will assume responsibility for paying for all costs associated with the delivery of these documents and issue payment from his prison Trust Fund account or via family member.

Leal additionally asks this Honorable Court to take notice that because he was denied rehearing on appeal on August 2, 2023 his deadline for filing a collateral attack is currently set for October 31, 2024. See Robinson v. United States, 416 F.3d 645 (7th Cir. 2005) ("a motion pursuant to § 2255 must be filed within one year of [] when the time for filing a certiorari petition

expires"). If receipt of the documents which Leal seeks is delayed substantially moving forward, he may attempt to ask the Court for extention in time to file his § 2255, as the delay has been out of his control. At this time, Leal does not seek such extention and intends to work dilligently under the current deadline while awaiting his case file to adequately represent his issues.

Leal, again, thanks former counsel and the Court for all time and assistance devoted to this matter.

## DECLARATION

I, Jorge Luis Leal, declare under penalty of purjury, that as of 09:23 AM on June 26, 2024, I have not received the case file documents sent by former counsel Mr. Williams on April 3, 2024.

## CERTIFICATE OF SERVICE

I, Jorge Luis Leal, certify under penalty of perjury, that the enclosed Response was serviced upon the court via U.S. Mail, first class postage pre-paid, by depositing the document into FCI Forrest City Low's Mailroom on this 27th day of June, 2024.

Respectfully submitted,

/s/ Jorge Leal

On this day of: 06/27/2024

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

9 JUL 2024

⇨14448-025⇦
Court Clerk East St Louis
750 Missouri AVE
E Saint Louis, IL 62201
United States

US MAIL CHECKED

62201$9999

RECEIVED
JUL 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE